```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JESSENIA MALDONADO,                           :
                                              :
                              Plaintiff,      :         15-CV-2842 (VEC)
                                              :
            -against-                         :
                                              :
THE BOSTANY LAW FIRM, PLLC, and JOHN          :
PETER BOSTANY, Individually,                  :
                                              :
                              Defendants.     :
------------------------------------------------------------------- X
THE BOSTANY LAW FIRM, PLLC,                   :
                                              :         15-CV-3400 (VEC)
                              Plaintiff,      :
            -against-                         :
                                              :
JESSENIA MALDONADO,                           :
                                              :
                              Defendant.      :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2015

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a conference on May 22, 2015;

WHEREAS during the May 22, 2015 conference, the Court raised a question as to whether it should exercise supplemental jurisdiction over Plaintiff's sexual harassment, discrimination and retaliation claims brought under the New York City Human Rights Law;

IT IS HEREBY ORDERED that:

1.      The deadline for Ms. Maldonado to submit a brief, of no more than 15 pages, in support of supplemental jurisdiction shall be June 12, 2015.  The deadline for Mr. Bostany and The Bostany Law Firm, PLLC (the "Bostany Parties"), to submit a response brief, of no more

than 15 pages, opposing supplemental jurisdiction shall be June 26, 2015.  Ms. Maldonado's deadline to submit a reply brief shall be July 10, 2015.

2. All discovery in these actions shall be stayed pending resolution of the supplemental jurisdiction issue.

3. The Court will reserve decision on the Bostany Parties' Motion for Summary Judgment in the removed case, 15-cv-3400, pending resolution of the supplemental jurisdiction issue.

**SO ORDERED.**

Date:  May 22, 2015         **VALERIE CAPRONI**
       New York, New York   **United States District Judge**