UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No.15 CV 3400
THE BOSTANY LAW FIRM, PLLC,

       Plaintiff,

- against -

JESSENIA MALDONADO

                            Defendant
------------------------------------------------------------------------X   Case No. 15 C 2842
JESSENIA MALDONADO,

       Plaintiff,

-against-

THE BOSTANY LAW FIRM PLLC, and JOHN
PETER BOSTANY, Individually,

                            Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted in support thereof, and the prior pleadings, proceedings and papers herein, the undersigned will move this Court at the United States Courthouse, 40 Foley Square, New York, New York 10007, on August 12, 2015 for an order awarding attorney's fees and costs to the plaintiff, pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

Dated: New York, New York

       July 22, 2015

                                        **PHILLIPS & ASSOCIATES,**
                                        **ATTORNEYS AT LAW, PLLC**


                                        _____/s_____
                                        MARJORIE MESIDOR (MM1978)
                                        Attorneys Plaintiff
                                        Phillips & Associates, PLLC
                                        45 Broadway, Suite 620

New York, New York 10006
Mmesidor@tpglaws.com