| Date | Activity | Owner |
|---|---|---|
| 10/22/2014 | Drafted Complaint for client to review | MM |
| 10/22/2014 | Edited Complaint after client reviewed and made edits | MM |
| 11/3/2014 | Draft claim letter to send to Bostany Law Firm | NW |
| 11/5/2014 | email to client to advise that claim letter has been sent | AN |
| 12/4/2014 | email to client to advise that Defendants answered our claim letter | MM |
|  | Called OC to discuss case | MM |
|  | gave client update on demand | MM |
|  | gave OC offer and offered mediation | MM |
|  | emailed OC to follow up on mediation offer discussions | MM |
| 1/5/2015 | updated client regarding mediator selection | MM |
| 1/6/2015 | updated client to advise to block and not delete her social media accounts | MM |
| 1/7/2015 | Discussed case with associates | MM |
| 1/12/2015 | emailed mediator to get availability for a full day mediation | DC |
| 1/13/2015 | emailed OC to let them know our availability for mediation | DC |
| 15-Jan | emailed OC to follow up on re-mediation | DC |
| 1/20/2015 | emailed OC to follow up on mediation | DC |
| 1/20/2015 | mediator called to f/u on mediation-we advised we havent heard from OC | DC |
| 1/22/2015 | emailed OC to ask if they will accept service | MM |
| 1/27/2015 | emailed with mediator regarding a proposed time to start mediation | DC |
| 2/9/2015 | email with mediator- mediator sent invoice, W9 and mediation agreement | DC |
| 2/11/2015 | Sent mediation agreement to mediator | MM |
| 2/11/2015 | updated client advising that we sent mediator the mediation statement | MM |
| 2/13/2015 | updated client because OC cancelled mediation due to surgery | DC |
| 2/24/2015 | sent OC email about new mediation dates | MM |
| 4/10/2015 | Mediation at Gordon & Rees- 1 Battery Park Plaza, 28th Fl, NY, NY, 10004 | MM |
| 4/13/2015 | Received Bostany's Filed state complaint | MM |
| 4/28/2015 | Drafted and Researched Motion to remove to Federal Court | BS |
| 5/4/2015 | Drafted statement of relatedness | BS |
| 5/7/2015 | Drafted Answer | BS |
| 5/7/2015 | Reviewed Answer | MM |
| 5/11/2015 | emailed OC to ask when we can discuss joint letter | BS |
| 5/14/2015 | emailed OC draft of joint letter | BS |
| 5/14/2015 | MM reviewed joint letter | MM |
| 5/15/2015 | Sent email to OC to review joint letter once more before its filed | BS |
| 5/18/2015 | Drafted Interrogarories, Depo Notices, Discovery Requests, 26(a) disclosures | BS |
| 5/20/2015 | Called State Court Chambers to make sure they know about removal | BS |
| 19-May | Reveiwed Bostany's Motion for SJ | BS |
| 5/20/2015 | Drafted SJ OPP | BS |
| 5/20/2015 | Edited SJ Opp | MM |
| 5/22/2015 | Attended IPTC | MM |
| 6/8/2015 | Researched for Supp JX motion | BS |
| 6/9/2015 | Drafted Motion for Supp Jx Motion | BS |
| 6/9/2015 | Edited Motion for Supp JX | MM |
| 6/8/2015 | drafted letter and filed letter via ECF about untimely reply | BS |
| 7/7/2015 | drafted letter and filed letter via ECF in response to fee motion | BS |
| 7/8/2015 | drafted reply to supp jx | BS |

| Date | Description | Initials |
|---|---|---|
| 7/10/2015 | edited and filed via ECF Reply to supp jx | MM |
| 7/20/2015 | drafted and researched for Fee application | BS |
| 7/21/2015 | Edited Fee Application | MM |

Marjorie's Total Hours
Nicole's Total Hours
Dorina's Total Hours
Brittany's Total Hours

| Amount of Time | Hourly Rate | Total |
|---|---|---|
| 5.30 | $500.00 | $2,650.00 |
| 1.10 | $500.00 | $550.00 |
| 0.25 | $225.00 | $56.25 |
| 0.10 | $0.00 | $0.00 |
| 0.10 | $500.00 | $50.00 |
| 0.25 | $500.00 | $125.00 |
| 0.20 | $500.00 | $100.00 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $500.00 | $50.00 |
| 0.20 | $500.00 | $100.00 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $225.00 | $22.50 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $500.00 | $50.00 |
| 0.20 | $225.00 | $45.00 |
| 0.10 | $500.00 | $50.00 |
| 8.00 | $500.00 | $4,000.00 |
| 0.50 | $500.00 | $250.00 |
| 5.30 | $225.00 | $1,192.50 |
| 0.50 | $225.00 | $112.50 |
| 2.10 | $225.00 | $472.50 |
| 0.50 | $500.00 | $250.00 |
| 0.10 | $225.00 | $22.50 |
| 0.50 | $225.00 | $112.50 |
| 0.10 | $500.00 | $50.00 |
| 0.10 | $225.00 | $22.50 |
| 2.30 | $225.00 | $517.50 |
| 0.10 | $225.00 | $22.50 |
| 0.75 | $225.00 | $168.75 |
| 7.70 | $225.00 | $1,732.50 |
| 2.10 | $500.00 | $1,050.00 |
| 1.75 | $500.00 | $875.00 |
| 1.50 | $500.00 | $750.00 |
| 5.40 | $500.00 | $2,700.00 |
| 2.20 | $225.00 | $495.00 |
| 0.50 | $225.00 | $112.50 |
| 0.50 | $225.00 | $112.50 |
| 2.30 | $225.00 | $517.50 |

| | | |
|---|---|---|
| 0.50 | $500.00 | $250.00 |
| 8.50 | $225.00 | $1,912.50 |
| 2.10 | $500.00 | $1,050.00 |
| **65.10** | | |
| | | $22,985.00 |
| 25.7 | | |
| 0.25 | | |
| 0.9 | | |
| 38.15 | | |