5:42 PM

07/16/15

Accrual Basis

# Phillips Associates Attorneys At Law
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **2 Advanced Client Costs** | | | | | | | |
| **Court Filing Fee** | | | | | | | |
| Check | 04/13/2015 | 4358 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 400.00 | 400.00 |
| Check | 04/30/2015 | 4388 | Maldonado, Jessenia ca... | $400 check to fil... | P&A Client Disbrs... | 400.00 | 800.00 |
| Total Court Filing Fee | | | | | | 800.00 | 800.00 |
| **Filing Fee w/Secretary of State** | | | | | | | |
| Check | 03/27/2015 | 4333 | Maldonado, Jessenia ca... | Maldonado, Jes... | P&A Client Disbrs... | 40.00 | 40.00 |
| Total Filing Fee w/Secretary of State | | | | | | 40.00 | 40.00 |
| **Mediation** | | | | | | | |
| Check | 02/12/2015 | 4240 | Maldonado, Jessenia ca... | Maldonado, Jes... | P&A Client Disbrs... | 1,200.00 | 1,200.00 |
| Total Mediation | | | | | | 1,200.00 | 1,200.00 |
| **Postage & Delivery** | | | | | | | |
| Check | 11/10/2014 | 4060 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 14.14 | 14.14 |
| Check | 06/04/2015 | 4443 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 15.00 | 29.14 |
| Check | 06/05/2015 | 4446 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 30.00 | 59.14 |
| Check | 07/10/2015 | 4490 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 15.00 | 74.14 |
| Total Postage & Delivery | | | | | | 74.14 | 74.14 |
| **Process Servers** | | | | | | | |
| Check | 05/14/2015 | 4405 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 66.00 | 66.00 |
| Check | 06/01/2015 | 4435 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 27.75 | 93.75 |
| Check | 06/22/2015 | 4467 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 92.00 | 185.75 |
| Check | 06/22/2015 | 4467 | Maldonado, Jessenia ca... | | P&A Client Disbrs... | 67.00 | 252.75 |
| Total Process Servers | | | | | | 252.75 | 252.75 |
| Total 2 Advanced Client Costs | | | | | | 2,366.89 | 2,366.89 |
| **TOTAL** | | | | | | **2,366.89** | **2,366.89** |