UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X   Case No.15 CV 3400
THE BOSTANY LAW FIRM, PLLC,

      Plaintiff,

- against -

JESSENIA MALDONADO

                          Defendant
---------------------------------------------------------------X   Case No. 15 C 2842
JESSENIA MALDONADO,

      Plaintiff,

-against-

THE BOSTANY LAW FIRM PLLC, and JOHN
PETER BOSTANY, Individually,

      Defendants.
---------------------------------------------------------------X

## DECLARATION OF BRITTANY STEVENS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS

Brittany Stevens, an attorney admitted to practice in the State of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

    1.    I am an attorney at Phillips & Associates and have been assigned as an associate to the above-captioned action. As such, I am familiar with the facts and circumstances concerning the prosecution of this action, and I submit this Declaration in support of plaintiff's application, pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 54(d), for an order awarding plaintiff attorney's fees and costs as the prevailing party in this litigation.

**ATTORNEY BACKGROUND AND EXPERIENCE**

2. I am an associate at Phillips & Associates with offices at 45 Broadway, Suite 620, New York, New York 10006.

3. I have been litigating cases at Phillips and Associates for 5 months.

4. I graduated cum laude from Skidmore College in 2010.

5. I graduated from University of San Francisco School of Law in 2014.

6. While in law school I was the Executive Articles Editor for the Intellectual Property Law Journal, Vice-President of the San Francisco Trial Lawyers Association, the President of the Jewish Lawyers Association, and Co-Chair of the Educational Programs Committee for the Student Bar.

7. During law school I was also enrolled in the USF employment law clinic.

8. After my first year of law school, I was a summer intern for Judge Arthur F. Engoron at the New York State Supreme Court.

9. After my second year of law school, I was a summer intern at Madegbuna Cooper, a small firm focusing on Plaintiff side employment discrimination and civil rights.

10. After graduation, I worked at the Rappaport Law Firm until December 2014. I was a contract attorney focusing on employment and matrimonial law.

11. In January 2015, I began working at Weg & Myers where I focused on Plaintiff side insurance litigation.

12. In March 2015, I began working at Phillips & Associate as an Associate.

13. I am a member of the New York state bar. I am also a member of the bar of the United States District Courts for the Southern and Eastern Districts of New York.

14. I manage a caseload of about 60 cases with lead counsel Marjorie Mesidor.

15. Since the middle of March, I have been highly involved in this matter. I have drafted numerous motions, oppositions and letters. I have also interacted with the client and conducted extensive research regarding this case.

16. I have spent a total of 38.15 hours on this litigation. At an hourly rate of $225.00, I am requesting $8,583.75 for my work. My contemporaneous time records for work I performed in this litigation are included in the time entries annexed hereto as Exhibit A.

Dated: New York, New York
July 22, 2015

Respectfully submitted,

Brittany A. Stevens, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*