UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.15 CV 3400
THE BOSTANY LAW FIRM, PLLC,

                        Plaintiff,

                - against -

JESSENIA MALDONADO

                        Defendant
------------------------------------------------------------------X

### DECLARATION OF NICOLE WELCH IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS

Nicole Welch, an attorney admitted to practice in the State of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney at Phillips & Associates and worked on this matter at the initial stages of litigation.

2. I submit this Declaration in support of plaintiff's application, pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 54(d), for an order awarding plaintiff attorney's fees and costs as the prevailing party in this litigation.

### ATTORNEY BACKGROUND AND EXPERIENCE

3. I graduated *cum laude* with a Bachelor of Arts from Boston College in May 2009. I made Dean's List every semester and was a member of the Golden Key International Honor Society and the Psi Chi Psychology National Honor Society.

4. I graduated *cum laude* from Brooklyn Law School in May 2012. I received the CALI Excellence for the Future Award in Civil Practice Workshop; Prince Award;

1

   Centennial Grant; Dean's Merit Award; Honorable Mention 2009-2010 Best Brief; Joan Offner Touval Memorial Scholarship.

5. After graduation, I was an associate attorney at the Law Office of Stan G. Horowitz.

6. In October 2013, I began working for Phillips & Associates as a per diem attorney. I became a full-time permanent Associate Attorney in December 2013.

7. I currently manage my own case load of around 30 cases at Phillips & Associates. With my associate and lead counsel, I handle all aspects of litigation including the initial consultation, attending court appearances, mediations, and settlement negotiations, as well as all stages of discovery, including defending and conducting depositions.

8. Additionally, I handle all stages of motion practice on my cases, including dispositive motions.

9. My caseload focuses solely on employment discrimination.

10. I am a member of the New York State and Massachusetts State bar. I am also a member of the bar of the United States District Courts for the Southern and Eastern Districts of New York.

11. I was selected as a Super Lawyers Rising Star of 2015.

12. I have spent a total of .25 hours on this matter. I drafted the claim letter which was sent to the Bostany Law Firm and prepared the claim letter and draft complaint for delivery.

13. At an hourly rate of $225.00, I am requesting $56.25 for my work. My contemporaneous time records for work I performed in this litigation are included in the time entries annexed hereto as Exhibit A.

Dated: New York, New York
       July 22, 2015

Respectfully submitted,

_____
Nicole Welch, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*

3