UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Case No.15 CV 3400
THE BOSTANY LAW FIRM, PLLC,

       Plaintiff,

- against -

JESSENIA MALDONADO

       Defendant
------------------------------------------------------------------X   Case No. 15 C 2842
JESSENIA MALDONADO,

       Plaintiff,

-against-

THE BOSTANY LAW FIRM PLLC, and JOHN
PETER BOSTANY, Individually,

       Defendants.
------------------------------------------------------------------X

## DECLARATION OF DORINA CELA IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS

Dorina Cela, an attorney admitted to practice in the State of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney at Phillips & Associates and worked on this matter at the initial stages of litigation.

2. I submit this Declaration in support of plaintiff's application, pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 54(d), for an order awarding plaintiff attorney's fees and costs as the prevailing party in this litigation.

## ATTORNEY BACKGROUND AND EXPERIENCE

3. I graduated from Hunter College in 2004.

4. I graduated from Thomas Jefferson School of Law in 2009.

5. During law school, I was an extern at Casa Cornelia Law Center and the Office of the Alternate Public Defender – County of San Diego.

6. After graduating from law school, I worked as a Contract Attorney on numerous temporary projects from 2011 until 2014.

7. I also had my own practice, focusing on immigration law, from January 2014 until July of 2014.

8. I was hired on a *per diem* basis by Phillips & Associates, PLLC in July of 2014.

9. In December of 2014, I began working as an Associate Attorney for Phillips & Associates, PLLC, focusing on employment discrimination.

10. I am a member of the New York state bar. I am also a member of the bar of the United States District Courts for the Southern and Eastern Districts of New York.

11. I have spent a total of .90 hours on this litigation. At an hourly rate of $225.00, I am requesting $202.50 for my work. The time records for work I performed in this litigation are included in the time entries annexed hereto as Exhibit A.

Dated: New York, New York
July 22, 2015

Respectfully submitted,

_____
Dorina Cela, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*