

## 2012 Billing Survey

**PARTNERS**

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Strasburger & Price | Dallas | 212 | $649 | $213 | $402 |
| Harris Beach | Rochester, N.Y. | 189 | $625 | $285 | $400 |
| Polsinelli Shughart | Kansas City, Mo. | 503 | $650 | $300 | $390 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $570 | $280 | $390 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 286 | $575 | $300 | $385 |
| Miller & Martin | Chattanooga, Tenn. | 169 | $630 | $250 | $385 |
| Dinsmore & Shohl | Cincinnati | 412 | $650 | $180 | $380 |
| Adams and Reese | New Orleans | 267 | $595 | $275 | $375 |
| McAfee & Taft | Oklahoma City | 183 | $500 | $250 | $375 |

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Strasburger & Price | Dallas | 212 | $649 | $213 | $402 |
| Harris Beach | Rochester, N.Y. | 189 | $625 | $285 | $400 |
| Polsinelli Shughart | Kansas City, Mo. | 503 | $650 | $300 | $390 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $570 | $280 | $390 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 286 | $575 | $300 | $385 |
| Miller & Martin | Chattanooga, Tenn. | 169 | $630 | $250 | $385 |
| Dinsmore & Shohl | Cincinnati | 412 | $650 | $180 | $380 |
| Adams and Reese | New Orleans | 267 | $595 | $275 | $375 |
| McAfee & Taft | Oklahoma City | 183 | $500 | $250 | $375 |
| Butzel Long | Detroit | 140 | $750 | $290 | $363 |
| Sedgwick | San Francisco | 343 | $587 | $189 | $361 |
| Frost Brown Todd | Cincinnati | 393 | $525 | $205 | $350 |
| Dickinson Wright | Detroit | 254 | $585 | $285 | N/A |
| Rutan & Tucker | Costa Mesa, Calif. | 144 | $650 | $340 | N/A |
| Thompson Coburn | St. Louis | 309 | $750 | $330 | N/A |

* Full-time equivalent attorney numbers and largest U.S. office are from the NLJ 350 published in March and April 2012.